UNITED STATES of America, Petitioner—Appellee,

v.

Paul NAGY, Respondent—Appellant.

No. 03–6967.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 14, 2004.

Decided Feb. 20, 2004.

George Alan DuBois, Office of the Federal Public Defender, Raleigh, North Carolina, for Appellant. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILKINSON, WILLIAMS, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Paul Nagy appeals the district court's order denying the "Motion to Release Respondent to his Native Country, Romania, at the Government's Expense." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Nagy,* No. CA–98–951–5–BO (E.D.N.C. filed May 7, 2003, entered May 14, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*